**Lore Peter SANDOZ, Petitioner-Appellant, v. CONSOLIDATED TEXTILE CORPORATION, Debtor-Appellee.**

No. 103, Docket 21814.

United States Court of Appeals Second Circuit.

Argued Jan. 9, 1951.

Decided Jan. 24, 1951.

Brock & Sulzberger, New York City, Arnold J. Brock, Seymour S. Epstein, New York City, of counsel, for petitioner.

S. S. Jennings, Jr. (of Mudge, Stern, Williams & Tucker), New York City, J.

B. Breckenridge, New York City, of counsel, for appellee Consolidated Textile Co., Inc.

Before CHASE, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

The order of the District Court denying appellant's petition to reopen the reorganization proceedings of the debtor is affirmed. Willis v. Consolidated Textile Co., Inc., 2 Cir., 178 F.2d 924; Mohonk Realty Corporation v. Wise Shoe Stores, 2 Cir., 111 F.2d 287, certiorari denied 311 U.S. 654, 61 S.Ct. 47, 85 L.Ed. 418; Duebler v. Sherneth Corporation, 2 Cir., 160 F.2d 472.

**Raymond STITH, alias Raymond Stitts, v. The UNITED STATES of America.**

No. 4196.

United States Court of Appeals Tenth Circuit.

Nov. 8, 1950.

Robert Sunshine, Denver, Colo., for appellant.

Max M. Bulkeley, U. S. Atty., Denver, Colo., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed November 8, 1950, on motion of appellee, for failure to prosecute.